[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 16, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-11112
Non-Argument Calendar

_____

D. C. Docket No. 89-00178-CR-J-20

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONNIE DAWSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(November 16, 2009)

Before CARNES, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Maurice C. Grant, II, appointed counsel for Ronnie Dawson in this appeal from the denial of an 18 U.S.C. § 3582(c)(2) motion, has moved to withdraw from further representation and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED**, and the denial of Dawson's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED**.